IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

SEARRON N. BROOKS,

      Appellant,

 v.                                   Case No.  5D22-2293
                                     LT Case Nos. 2015-CF-2584-A
                                                      2015-CF-2821-B
                                                        2016-CF-1663-A

STATE OF FLORIDA,

      Appellee.
_____/

Decision filed December 6, 2022

Appeal from the Circuit Court
for Marion County,
Robert W. Hodges, Judge.

Searron N. Brooks, Avon Park, pro se.

No Appearance for Appellee.


PER CURIAM.

    AFFIRMED.


EVANDER, WALLIS and EDWARDS, JJ., concur.